U.S. COURTS
JUN 02 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Jonnine SITTRE P00061775 (275526 IDOC)
Full Name/Prisoner Number

P.O. Box 4666 CFA
Poc, ID
83205
Complete Mailing Address Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Jonnine SITTRE (P00061775)
Plaintiff, (Full name and prisoner number.)

CASE NO. ____
(To be supplied by the Court)

vs.

PRISONER CIVIL RIGHTS COMPLAINT

SIXTH DISTRICT Courts Honorable Judge Naftz,
Bannock Public Defender Office, Dave Martinez, Bannock Prosecutor Janici
Defendant(s), ) (Full name(s). Do not use et. al.) Price

Jonnine SITTRE (P00061775) is a citizen of USA, IDAHO (Plaintiff)
(State) presently residing at Bannock County Detention Center.
(Mailing address or place of confinement) 2. Defendant Honorable Naftz is a
citizen of Idaho (Name of first defendant) (State) whose address is
Sixth District Court                , and who is employed as
Sixth District Court Judge          . (Title and place of employment)
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state
law? ✓ Yes ___ No. If your answer if "Yes," briefly explain: using his power
to violate Sittre's Constitutional Rights, abuse
of discretion by refusing to hear motions, and
give effective assistance.
3.
Defendant Jeremy Brown is a citizen of Idaho (Name of second
defendant) (State) whose address is
Bannock County Public Defenders             , and who is employed as
Deputy Public Defender                      . (Title and place of employment)
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state
law? ✓ Yes ___ No. If your answer is "Yes," briefly explain: Mr. Brown was appointed
to represent Sittre to defend her in a criminal case
to the best of his ability and refuses to represent her.

_thus violating Sittre's 6th amendment, to effective assistance._

NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE) _____ _____ 42 U.S.C. § 1983 (applies to state prisoners) Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different under different or additional statutes, you may list them below.)

## C. CAUSE OF ACTION

1. I allege that the following of my constitutional rights, privileges, or immunities have been violated : (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D. CAUSE OF ACTION.")

_First, Fifth, Sixth, Eighth, Fourteenth Rights are violated, fundemental rights to Rehabilitation, proper housing, cleanliness of pod, air, clothing, bedding, violating equal protection on court proceedings failure to provide court proceedings for appeal process._

2. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_Sittre has been warehoused in Bannock County for 10 mos. She is always discriminated against she feels, she is set apart from the other women, and held to a diffrent standard, for the fact she utilizes the Grievance System. There is no rehabilitation in Bannock Jail for inmates, although the state Probation and Parole, and their Treament Services fail to provide for the inmates any rehabilitation classes, programs, treatment as being state probationers, state grievances are not being provided for by IDOC P+P for Probationers. The conflict of interest between Sittre and Judge Naftz is being avoided, and Judge Naftz is retaliating by abusing his discretion and arbitrarily keeping her incarcerated, not affording her effective assistance and allowing Prosecutor Price, to continue Prosecutorial misconduct by not responding to Motions, or orders of the Court, misleading the courts with false statements, Judge Naftz and Mr. Brown, Price are holding court hearings without allowing Sittre knowledge of hearings. Judge Naftz is holding Sittre on an Antedated document by Russ Waite Probation officer, Sittre has not been given copies of court proceedings so she can appeal decisions by courts 2-18-21, was her last hearing, 3-5-21 was a hearing held w/o her knowledge. Sittre will not plead guilty so she is left in jail since 7-24-20_

SITTRE has been incarcerated since July 2, 20, she was charged with a crime in Bannock County, for possession, on July 11, 20. Although these charges were not filed on this day, or by the July 13, 20 when she went to court, rather the date of filing was on July 24, 20. SITTRE has been violated from probation in which she was placed on 5-7-2017, after completing a with held Jurisdiction, by Honorable Naftz, 6th Dist., she resides in Fort Hall, Idaho, Shoshone Bannock Tribes because she is a Tribal member. She was placed on probation in Seventh District, because of her being closer to Bingham County, Russ Waite is (was) her Probation Officer, and he has extraterritorial Jurisdiction because of Federal Jurisdiction. SITTRE was violated from her Probation in Aug 2019, for several violations, regarding audit of her probation, on Sept. 12th, 2019, she was arrested and put in jail on her agents warrant, on Dec. 22, 19 SITTRE bonded out on her violations, after Judge Naftz finally gave her a bond, and although SITTRE was given a charge in Bingham felony possession, this charge has since been dismissed. So she is still bonded on her original violations, from 2019, however, Honorable Naftz has placed a 'No Bond' hold on her because of in ADDEDUM VIOLATION, Russ Waite submitted to the July 17, 20, violating SITTRE for a possession she was not charged with. This document was served on her Aug 4, 20, so she could not bond out of jail. SITTRE's initial bond on the new charge of Possession, was 20,000.00, but at arraignment she was given a 5,000.00. She was also given a Public Defender Kent Reynolds from Bannock County Public Defenders Office. Mr. Reynolds from the gate attempted to coerce SITTRE in waving the Pre-lim in CR0-20-7024, before even speaking

to her, that Mr. Reynolds met with her preliminary hearing explaining that he wanted to attempt in having the charges of possession dismissed, this was Aug. 12, 20, only on the next scheduled prelim hearing, Mr. Reynolds again wanted a continuance since he could not speak to the prosecutor Janice Price, however, SITTRE did not wish to, and then Mr. Reynolds was attempting to have SITTRE plead guilty in her Bingham case and even went as far to get SITTRE so upset that she refused to plead guilty, and even had a mediation hearing held because all of the counsel's involved were discussing SITTRE's case without her even being present or involved or informed of litigation, deliberations, of prosecutors and of defense attorneys, thus leading SITTRE to contact the Idaho State Bar, and substituting council in Bingham and Bannock, SITTRE has basically been sitting in jail because of ineffective assistance in which SITTRE believes Mr. Reynolds deliberately and with malice sabotaged SITTRE's case. Now in Feb 1, 2021, Reynolds reassigned SITTRE's case to another Public Defender, in which this Public Defender does not wish to represent SITTRE, on Feb. 18, 21, SITTRE went to court on Motions Filed by Mr. Reynolds in which the Motion to compel was Granted, because the Prosecutor refused to respond to MOTION of Discoveries, and be honest to the courts. Regardless, on March 5, 21, there was a hearing conducted in which SITTRE was not informed of, these court proceedings were held in front of and by Honorable Naftz, and SITTRE only fou

out because she had not had (counsel) or legal information, and learned of the hearing. Therefore she requested substitution of counsel from Public Defender Jeremy Brown, for his ineffectiveness, and also SITTRE sent a Motion for a release to Judge Naftz at least for a furlough, which was discussed Feb 18, 21, because SITTRE is in remission from a (malignant tumor) colorectal cancer she had removed in 2018, chemo 2019, in which Judge Naftz knows this, however he will not allow SITTRE to be released to obtain proper medical care, recovery, treatment, he is merely abusing his discretion w/a no bond hold on her on an antedated violation, knowing SITTRE's LIFE is in danger for the fact that an inmate was deliberately put in her cell with Positive Covid-19, and SITTRE became sick and infected with Covid-19, in which she grieved this and stated ATTEMPTED murder. This was Jan 12, 21, after she was given a Covid test and was negative, however on 1-16-21, she was given rapid test and was positive. SITTRE has since then been given J+J vaccination from health department. This seemed to SITTRE cruel and unusual punishment, Honorable Naftz is discriminating against SITTRE and merely continuing her incarceration, allowing the violations of court proceedings, improper proceedings of court hearings, in Jan 24, 21 a FINAL Pre-trial was to be held, SITTRE has not been given any documents information from the

courts Lethargic attitude and rules of the courts in these hearings the Judge Naftz has been disregarding the Rules and Laws of his own court in Sittro's case showing prejudice and abuse of power towards Justice and allowing Sittro Rights and equal protection in a fair hearings. On Feb 18, 21, Sittro's Motion filed in Aug., Sept., Oct., Nov. Dec, for Disqualification of Judge, and Prosecutor were finally heard, and Denied, Sittro was not given these court proceedings so she can appeal these Motions. The Motion to DISMISS, or in Alternative to Compel, was granted, and Sittro did not receive any copies of court proceedings. Sittro has been violated and falsely imprisoned, her life has been threatened and not only has this pain been inflicted on her because she will not plead guilty to a crime she is not guilty of, not one person will help her, she has even wrote to ACLU, and Human Rights, to date 5-6-21 Sittro still has had no contact from Bannock Public Defender, she had 6 continued pre-lim and the Prosecutor Price on the 4th hearing was still not prepared, and Judge Hoosta refused to dismiss, this is how Sittro knew that Mr. Reynolds was going against Sittro, and Sittro claimed Prosecutorial Misconduct and ineffective assistance of Counsel.

5/12/2021 06:05:52

## jllog.agency = BCSD    jllog.num = 4406458

Jail Incident Number:
Location:
Event Type:              *INMATE REQUEST*
Responsible Officer:     *L THURGOOD*
Start Date:              *05/12/2021 06:03:39*
End Date:
Quantity:                *0*

## Additional Info
INMATE REQUEST          Pod: C-female    Room #: 2

Nature of request: (transcribed as received, inclusive of errors)
Other county

Explanation: I am state/county inmate, I have a bond 5,000.00 and No Bond on PV if I bond out on my charge, may I be moved to a different county?

ACTION TAKEN:    Yes, that could be done.

Date/time action taken if
other than logged:

List Officer taking action
if other than logging Officer:

## Inmates Involved
Name Number Type Booking Number Assigned Housing Bed ID   Last   First Middle

P0061775          20-BK1628       FEM CELL 02    2U SITTRE JONNINE   LISA

## Officers Involved
Officer

L THURGOOD
From:
Approval Status:

To:
Date:

Copyright © 2007-2021 All rights reserved. Spillman Technologies, Inc.

4/1/2021 7:16:44 AM

**jllog.agency = BCSD    jllog.num = 4393343**

Jail Incident Number:
Location:
Event Type:
Responsible Officer:
Start Date:
End Date:
Quantity:

*INMATE REQUEST*
*M SHELTON*
*04/01/2021 07:12:52*

0

## Additional Info
INMATE REQUEST        Pod: C Fen   Room #: 8

Nature of request: (transcribed as received, inclusive of errors) X OTHER

Explanation: May I receive xtra postage for legal letter thank you see jaillog 4392922

ACTION TAKEN: Place your letter to be mailed in the appropriate receptacle. As is typical in the Bannock County Detention Center, postage is provided at tax payer expence for indigent inmates. To my knowledge you have never had a letter returned for lack of postage

*mailed    ACLU*

Date/time action taken if
other than logged:

List Officer taking action
if other than logging Officer:

## Inmates Involved
Name Number Type Booking Number Assigned Housing Bed ID   Last   First Middle

P0061775        20-BK1628      FEM CELL 08    8L SITTRE JONNINE   LISA

From:
Approval Status:

To:
Date:

*no response to date 5-22-21*

Copyright © 2007-2021 All rights reserved. Spillman Technologies, Inc.

Naffz refuses to allow Sittre release or furlough to obtain medical treatment 3-5-21

### D. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ___ No ✓ . If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, described the additional lawsuits using this same format on a blank sheet which you should label "APPENDIX E. PREVIOUS LAWSUITS")

a. Parties to previous lawsuit:

Plaintiff(s):

N/A

Defendant(s)

N/A

b. Name and location of court and docket (case) number: N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? It is still pending?)
N/A

d. Issues raised: N/A

e. f. Approximate date of filing lawsuit: N/A  Approximate date of disposition: _____

### E. EXHAUSTION OF PRISON OR JAIL GRIEVANCE SYSTEM

1. I have exhausted the grievance system within the jail or prison in which I am incarcerated. ✓ Yes ___ No. If your answer is "Yes, briefly explain the steps taken to exhaust each claim you are bringing against each Defendant. It is advisable to attach proof of exhaustion. If your answer is "No," briefly explain why the grievance system or other administrative remedies were not exhausted.

Sittre has exhausted grievances by appealing and request, it just seems no resolution for officials refuse to even compromise or admit to problems, responses are retaliative or authoritive, condescending or unaccountable, very disrespectful, discriminative.

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS." a. Parties to previous lawsuit: Plaintiff(s): __N/A__ Defendant(s): _____ b. Name and location of court and docket (case) number: __N/A__ c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted. Approximate date of filing lawsuit: __N/A__ Approximate date of disposition: __N/A__

d. e.

## G. IMMINENT HARM

1. Are you in imminent danger of serious physical injury? __✓__ Yes ____ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument. Bannock County Officials allowed an inmate to shove her and fight w/her, in E-Pod, 3-10-21, they did not intervene until the fight erupted, any other time they come back up just for arguing. E-Pod is lockdown, or mental ward, Sittre is constantly being housed w/inmates coming off of drugs, she feels officials are hostile, confrontational.

## H. REQUEST FOR RELIEF

I request the following relief: Sittre asks for effective assistance, also she be afforded a conditional release, now that Bannock County wishes to rid of her, even if Sittre can be oled on CR03-20-7024, and moved to a different facility; Honorable Naftz be disqualified, and Janica Price, removed due to prosecutorial misconduct, falsely accusing Sittre, conspiring a crime against her.

I. Request for Appointment of Attorney I do __✓__ do not ____ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: Sittre has no legal access, the only reason she got this form is out of sarcasm and Official Shelton (legal access) challenging Sittre. The legal access is not available to her on tablet, Sittre cannot access courts, only on Zoom?

_Jonnine Sittre_ Full Name/Prisoner Number
P00061225 P.O. Box 4666
Poc, ID, -83205 Complete Mailing Address Petitioner IN THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

_Jonnine Sittre_ Petitioner,

)) (Full name) )) vs. )) _Sixth District Judge Naftz_ ))
_Public Defender Jeremy Brown_ ) Respondent. ))
_et al.; Prosecutor Janiece Price_ _et al, Bannock County Detention Center_

CASE NO. _____
(To be assigned by the Court at filing)

STATEMENT OF TRUST FUND ACCOUNT

I certify that _____, Petitioner named herein, has the sum of
$_____ on account to his/her credit at the _____
_____ where he/she is confined. I further certify that the attached is a
true and correct copy of the above-named Petitioner's trust fund account statement for the six-month
period immediately prior to filing. Dated this _____ day of _____, 20_____.

_____ Authorized Officer of Institution

## APPLICATION FOR IN FORMA PAUPERIS STATUS

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee from my prison trust account in increments, when and as I am able to do so.

1. Are you employed? Yes ____ No. ✓ . If employed, please state your job title and the total amount of wages you make per month. _____ Job Title

2. $ 0 per month

Within the past twelve (12) months, have you received any money from any of the following sources?

a. Business, or other form of self-employment? Yes___ No 0
b. Rent payments, interest or dividends? Yes___ No 0
c. Pensions, annuities, or life insurance payments: Yes___ No 0
d. Gifts or inheritances? Yes___ No 0
e. Any other sources? Stimulus_____ Yes ✓ No___ (State source)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months. from Stimulus $1200 7/10/20, Care fund from Shoshone Bannock Tribes, $1200, 8-20-20, Care provider $100 Oct 2020

3. Do you have any money, including in prison accounts or other checking or savings accounts? Yes___ No ✓. If the answer is "yes," state the total amount.

4. $ 0

Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes___ No ✓. If the answer is "yes," describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support. N/A

0    $ 0
$ 0    I declare under penalty of perjury that the foregoing is true and correct.
Executed on this ___ day of _____, 20___. _____
Petitioner

Note: You do not need to send a copy of this document to Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.

_____ Prisoner Original Signature

DECLARATION UNDER PENALTY OF PERJURY The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. Executed at _Bannock County Jail_ on _5/20/21_ (location) (date)

_____ Prisoner's Original Signature

_Jonnine Sittre_ Full Name/Prisoner Number
_PO Box 4666_ _Poc, ID._
_83205_ Complete Mailing Address Petitioner IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

_Jonnine Sittre, Pro se'_ Petitioner,
(Full name)

vs.

_Sixth District Court_ Respondent.

))))))))

CASE NO. _____
(to be assigned by the Court upon filing)

Notary: D. Woodward #2543
Date: 5/20/21
Expiration: Sept. /2023



5/24/2021 01:58:51

## jllog.agency = BCSD     jllog.num = 4377326

Jail Incident Number:
Location:
Event Type:                          *INMATE GRIEVANCE*
Responsible Officer:                 *M W JONES*
Start Date:                          *01/14/2021 09:47:08*
End Date:
Quantity:                            *0*

## Additional Info

INMATE GRIEVANCE FORM
*********SEE REVERSE SIDE FOR INSTRUCTIONS AND REQUIRED INFORMATION************

INMATE NAME:_Sittre, Jonnine_____Housing Unit:__C-FEM-15__Date:_1-12-21____Time:_200P_____

Issue being grieved: I feel Bannock County Staff is putting my life at risk by housing me with covid positive offenders. I am negitve and at the thought I have a mask and (unreadable). You deliberaly put someone in my cell positive it is not her fault but housing fault! I spoke ro Mr. Jones, and Stringham, now the damage is done! Violating my equal protection, pain & suffering, cruel punishment because (unreadable)  you all have done this to me to casue anguish. I am in remission, but concern not covid. You are so concerned about my health you will not let me be inmate worker so you deliberatley get me sick !(Lt. Johnson, Topliff) Thanks

Signature:_____/S/_____Date:_1/12/21_____Time:___2130_____

*************THE FOLLOWING SECTION IS FOR STAFF USE ONLY************************
                          ADMINISTRATIVE REVIEW

Received By:___W. Clark_____ Date:__01-12-21_____Time:__2103_____

_X__ Administratively Approved(Actions taken below) Ms. Sittre, due to housing situations and COVID it very likely that you have been exposed to COVID already. We are trying our best to limit the spread of COVID, but being incarcerated in a jail makes this difficult.

___Administratively Closed(Reasoning below)

*Attempted Murder*

Response completed by:_ Jones_____Title:__Cpl_____Date:_1/14/21_____Time:_0947_____

*************************************************************************

I wish to appeal: _X_  Signature: ____Signed original _____Date:___1-14-21_____Time:_11:30PM_____

**************THE FOLLOWING APPEAL SECTION IS FOR STAFF USE ONLY**************

Appeal Received By:___W. Clark_____ Date:__1-15-21_____ Time: __01:00___

_X_ Appeal Administratively Approved (Corrective action taken below)
___ Appeal Administratively Closed (reasoning below)

Bannock County is screening all intake inmates in the arrest salyport, before they enter the secure portion of the facility. We have screening/assessment questions compiled from recommendations from CDC and our medical provider Ivy Medical. We also do a temperature check on everyone. If the temp is high or they answer yes to the screening questions a nurse comes out and either clears to enter, possibly wearing a mask and/or isolate them, or, they are sent to the hospital for further clearance. We are conducting temperature checks on the in-custody inmates and providing them with cautionary steps and updates via our inmate phone system with GTL, and posters

Copyright © 2007-2021 All rights reserved.  Spillman Technologies, Inc.

5/24/2021 01:58:51

## jllog.agency = BCSD     jllog.num = 4377326

or memos placed in the units. We make every inmate that leaves a housing unit apply hand sanitizer before they go back into their housing unit. We readily supply cleaning and sanitizing solutions as well as provide free hand soap. We also have staff spray down common areas and high traffic touched areas several times a day with a bleach solution using a large hand held "weed sprayer". We turn on our smoke evacuation system at least once a day and open interior rec. yard doors to bring in fresh clean air. With the help of the courts we released about 100 inmates early on and housed all at risk inmates in a single cell. We reached out to local agencies and requested they limit incarceration. We contacted judges on mainly misdemeanor warrant arrests and requested they be released. We stopped our weekend and work release programs. We limited inmate transports for court by holding video proceedings. We stopped pretty much all jail access from the outside, except essential staff and contractors. This included attorneys. They would email and fax in their necessary documents for us to provide to the inmate and send back to them. They would counsel their client via video services. We also provided extensive guidelines and information to our staff as well as several webinars, a lot which were provided by you. We encouraged our staff not to come to work if they were sick. Our commissioners even provided 80 hours of Covid-19 time that if criteria was met would not deplete staff's personal time if they needed or wanted off. We conduct temperature checks on all staff prior to them starting their shift. We require staff to wear masks when in proximity to inmates, but only require inmates to wear a mask if they are sick or symptomatic. We have been supplying masks to inmates. Fortunately to date we have had no serious/critical illness related to COVID 9 in the Bannock County Jail with most being asymptomatic with few if any syymptoms and quick recoveries. As you know this illness is world wide.

I personally contacted the courts as recently as last week and requested that they work to release anyone they possibly could to reduce exposure.

Officer: _____Lt. Thurgood_____Title:_____Date:_____

************SEE REVERSE SIDE FOR INSTRUCTIONS AND REQUIRED INFORMATION**********

## Inmates Involved
Name Number Type Booking Number Assigned Housing Bed ID   Last   First Middle

P0061775        20-BK1628      FEM CELL 15    15U SITTRE JONNINE   LISA

## Officers Involved
Officer

M W JONES

From:
Approval Status:

To:
Date:

Copyright © 2007-2021 All rights reserved. Spillman Technologies, Inc.