U.S. COURTS

JUN 0 2 2021

Rcvd ___ Mail ___ Filed ___ Time ___

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK
MAGISTRATE DIVISION

STATE OF IDAHO
    Plaintiff,

v.

JONNINE LISA SITTRE
40 FALCON CREEK
FORT HAL ID 83203
    Defendant.

DOB:  XX/XX/1965

Case No:  CR03-20-07024

Arraignment Order

Order To Attend
Preliminary Hearing

**NOTICE IS GIVEN that the above-entitled case is set for Preliminary Hearing:**

| Hearing Date | Time | Judge | Courtroom |
|---|---|---|---|
| 08/04/2020 | @  10:30 AM | Eric S. Hunn | No Location |

The Defendant in this case appeared with counsel, David Robert Martinez, for initial appearance on this date and was informed of the charge(s) filed against him/her and was advised of his/her constitutional rights.  The State was represented by Ja Niece Price, Bannock County Deputy Prosecuting Attorney.

☒  Upon request and application for an attorney, the Public Defender's office was appointed to represent the Defendant.  Reimbursement for the services of the Public Defender, if any, will be determined at the conclusion of the case.  The Defendant is **ordered**, as a condition of release, to contact the Public Defender's office at (208) 236-7040 as listed below and to provide that office with a valid mailing address and telephone number.  If the Defendant's address or telephone number changes he/she shall immediately notify the court and the public defender's office in writing. The Defendant is also **ordered,** as a condition of release, to remain in contact with the Public Defender's office at all times until the end of this case.  Failure to maintain contact with the public defender may result in a warrant for the Defendant's arrest.

**Meet with your Public Defender on July 28, 2020 at 2:00 PM.**

**Other conditions of release:**  Whether released on your own recognizance, or to Court Services Pretrial Release, or after posting bond the Court ORDERS you to comply with the following conditions of release:

- You shall appear for all court ordered hearings unless excused by the court in writing.

Arraignment Pretrial Order
Order to Attend Preliminary Hearing (D602)

Page 1 of 2

Filed: 08/05/2020 17:45:57
Sixth Judicial District, Bannock County
Jason Dixon, Clerk of the Court
By: Deputy Clerk - Dancliff, Cathy

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

|  |  |
|---|---|
| State of Idaho<br>    Plaintiff,<br><br>vs.<br><br>Jonnine Lisa Sittre<br>    Defendant. | Case No. CR03-20-07024<br><br>Order Continuing Preliminary Hearing<br>(Defendant's Motion)<br>                         Event Code: OCPHM |

The above-entitled matter was before the court on August 04, 2020 for preliminary hearing on the charge(s) of:

| Count | Statute | Charge Desc |
|---|---|---|
| 1 | I37-2732(c)(1) {F} | Controlled Substance-Possession of |

Upon motion of the defendant, and there being no objection from the state, the court continued the preliminary hearing until August 12, 2020 at 10:30 AM, at which time the defendant is ordered to appear.

**Bond status**: The defendant's bail is $5,000.00. The defendant is remanded to the custody of the sheriff in lieu of posting bail.

The court ORDERED the defendant to stay in contact with his/her attorney and attend all future court proceedings.

Signed: 8/5/2020 09:01 AM

**IT IS SO ORDERED.**

Dated: August 04, 2020

*Eric S H*

Eric S. Hunn
Judge



ORDER CONTINUING PRELIMINARY HEARING
M-CR (OR7) (Appv.05.26.15)

1

## CERTIFICATE OF SERVICE

☒ I certify that on August 04, 2020, I served a copy of the attached to:

Ja Niece Price
ashleys@bannockcounty.us

```
[ ] By mail
[x] By email
[ ] By fax (number) _____
[ ] By personal delivery
[ ] Overnight delivery /FedEx
[ ] Courthouse box
```

Kent Reynolds
clndyd@bannockcounty.us

```
[ ] By mail
[x] By email
[ ] By fax (number) _____
[ ] By personal delivery
[ ] Overnight delivery /FedEx
[ ] Courthouse box
```

Signed: 8/5/2020 05:46 PM

By:_____Cathy D_____
Deputy Clerk

**Filed:** 08/04/2020 at 5:52 PM.
Sixth Judicial District, Bannock County
Jason Dixon, Clerk of the Court
By: *Cathy Dancliff*, Deputy Clerk

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| STATE OF IDAHO<br>    Plaintiff,<br><br>v.<br><br>JONNINE LISA SITTRE<br>    Defendant. | Case No. CR03-20-07024<br><br>Notice of Remote Hearing |

**NOTICE IS GIVEN** That the above-entitled case is set for:

| **Hearing Type** | **Date** | **Time** | **Judge** |
|---|---|---|---|
| Preliminary Hearing | 08/12/2020 | 10:30 AM | David A. Hooste |

The Preliminary Hearing will take place remotely through **TELEPHONE OR VIDEO CONFERENCE**.

---

### How to attend:

| **Online:** | **By Telephone:** |
|---|---|
| https://zoom.us/join<br>Meeting ID: 955 4720 6460<br>Password: 577016 | Toll free: (877) 853-5257 or (888) 475-4499<br>Meeting ID: 955 4720 6460<br>Password: 577016 |

---

**If you are unable to access this remote hearing, then you must contact the Bannock County Courthouse at (208) 236-7272 immediately. You may also call this number if you require accommodations.**

For a list of best practices and technical information about remote hearings, please go to https://isc.idaho.gov/isc-zoom.

It is the policy of the Idaho Supreme Court that court proceedings are presumed to be open to the public in the absence of a court rule providing or a court ordering otherwise. Thus, this proceeding may be live streamed to the public.

Jason Dixon
Clerk of the Court

Dated: 08/04/2020

By: *Cathy Dancliff*
Deputy Clerk

Notice of Remote Hearing

Filed: 08/19/2020 11:54:46
Sixth Judicial District, Bannock County
Jason Dixon, Clerk of the Court
By: Deputy Clerk - Peck, Brandy

## IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF
## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

State of Idaho
    Plaintiff,

vs.

Jonnine Lisa Sittre
    Defendant.

Case No. CR03-20-07024

Order Continuing Preliminary Hearing
(Stipulation)

Event Code: OCPHS

The above-entitled matter was before the court on August 19, 2020 for preliminary hearing on the charge(s):

| Count | Statute | Charge Desc |
|-------|---------|-------------|
| 1 | I37-2732(c)(1) {F} | Controlled Substance-Possession of |

The Honorable David A. Hooste presided.  The State was represented by Ja Niece Price.
The defendant appeared in person and through counsel, Kent Reynolds.

By stipulation of the parties and with the agreement of the defendant, who waived the statutory time requirement for preliminary hearing, the court continued the preliminary hearing until:

| Hearing Type | Date | @ | Time |
|--------------|------|---|------|
| Preliminary Hearing | 08/26/2020 | | 10:30 AM |

at which time the defendant is ordered to appear.

**Bond status:** The defendant's bail is $5,000.  The defendant is remanded to the custody of the sheriff in lieu of posting bail.

The court ORDERED the defendant to stay in contact with his/her attorney and attend all future court proceedings.

**IT IS SO ORDERED.**

Dated: Signed: 8/19/2020 10:19 AM

*David Hooste*

David A. Hooste
Judge



ORDER CONTINUING PRELIMINARY HEARING (STIPULATION)
M-CR (OR8) (Appv.05.26.15)

1

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2020, I served a copy of the attached to:

Ja Niece Price
ashleys@bannockcounty.us

Kent Reynolds
cindyd@bannockcounty.us

```
[ ] By mail
[x] By email
[ ] By fax (number) _____
[ ] By personal delivery
[ ] Overnight delivery /FedEx
[ ] Courthouse box
```

Signed: 8/19/2020 11:54 AM

By: _____
Deputy Clerk

Electronically Filed
7/17/2020 12:18 PM
Sixth Judicial District, Bannock County
Jason Dixon, Clerk of the Court
By: Cindy Haney, Deputy Clerk

# IDAHO DEPARTMENT OF CORRECTION
## DIVISION OF PROBATION & PAROLE
*District 7 Probation & Parole*
*370 N. Meridian St. Suite B*
*Blackfoot, ID  83221*
*(208) 785-2883*

## ADDENDUM REPORT OF PROBATION VIOLATION

DATE: 07/15/2020

TO:  Honorable Judge Robert C. Naftz

NAME: Jonnine Lisa Sittre

CASE #: CR-2014-16696

OFFENSE: DUI

DATE OF SENTENCE: 06/07/2017

SENTENCE: 5/10 years' Suspended, 4 years' probation

PROBATION/PAROLE EXPIRATION DATE: 06/06/2021

COUNTY: Bannock                                          JUDICIAL DISTRICT: 6

**RULE VIOLATED:  COURT ORDER GENERAL CONDITION Rule 7.** You shall obey all city, county, state, and federal laws and shall not commit any offense where a jail term or a fine of more than $75 could be imposed. The Defendant shall also comply with all lawful requests of any agent of the Idaho Department of Correction. During any contact with law enforcement personnel the defendant shall provide their identity, notify the law enforcement officer(s) that they are under supervision and provide the name of their supervising officer. The defendant shall notify their supervising officer of the contact within 24 hours.

**SUMMARY: COURT ORDER GENERAL CONDITION Rule 7 was violated in that:** On 07/11/2020, Ms. Sittre was charged with Felony Possession of a Controlled Substance.

**SUPERVISION HISTORY**
RESIDENCE HISTORY: Her listed residence is at 40 Faulkners Loop in Fort Hall.

RELATIONSHIPS/FAMILY: She has family in the Fort Hall area.

SUBSTANCE ABUSE: She has used Marijuana, Alcohol, and Methamphetamines while on supervision.

EMPLOYMENT: Unknown about if she has employment.

*[Handwritten annotations: "be, how can this charge was not filed until 7-21-20  Received (3) Keats 6-9-20", "was not filed", "2014", "not on Probation, Since Violated on Aug. 22, 2019, not guilty of charge."]*

Violation

REPORT OF VIOLATION
RE: Jonnine Sittre
IDOC#: 27526

**COMMENTS/RECOMMENDATION:**

This probation officer would request that this allegation be heard the same time as the Probation Violation filed in September of 2019.

**I declare under penalty of perjury pursuant to the law of the State of Idaho that the preceding is true and correct.**

Respectfully submitted,

Russell Waite
Lead Probation/Parole Officer

APRROVED: _____

John Everett
Section Supervisor

*Not on Probation*

*Rec. 9-9*

```
07/13/20                Bannock County Sheriff's Office                    4011
12:52                      Detail Incident Report              Page:    1
```

Incident #: 20-B2695

LAW INCIDENT:
-------------

Nature: DRUG VIOLATION    Address: ARTHURE; BUHL
Location:                 City: Pocatello          ST: ID  Zip: 83201

Offense Codes: CSNV
Received By: J M ASHLEY        How Received: Officer Report        Agency: BCSD
Rspndg Officers: C BANNISTER
Rspnsbl Officer: C BANNISTER    Disposition: Clrd Adult Arrest    on 07/12/20
When Reported: 02:37:26 07/11/20
Occurred: Between 02:37:26 07/11/20   and 04:03:41 07/11/20

SUSPECTS:
---------

NAME: SITTRE, JONNINE L.                    Name Number: P0061775
Race: I  Sex: F  DOB:            SSN:
Height: 5'06"  Weight: 140  Hair: BRO Eyes: BRO
Address:
Home Telephone:                    Work Telephone: (   )   -

NARRATIVE:
----------

Officer name & #: C Bannister  LI#: 20-B2695
    When reported: 02:37:26 07/11/20
    When dictated: Sun Jul 12 19:49:51 MDT 2020
When transcribed: Sun Jul 12 19:49:51 MDT 2020

                    Investigation Narrative

1. Brief synopsis of offense:

  While patrolling on Sunday July 11th @ approximately 0230 AM, I noticed
a car that had an expired plate on it.  A traffic stop was initiated and
narcotics were located in the vehicle.

2. Narrative:

  A white Subaru Impreza bearing expired plate #1BAB556 pulled out of
Robertos on N Arthur and drove North bound at approximately 45 mph. When I ran
the plate it came back to a different vehicle. A traffic stop was initiated. The
vehicle continued for approximately a mile at that speed. WE came to a stop at N
Arthur and Buhl.

  When I made contact with the driver she verbally identified herself as
Jonnine Sittre. When I asked for her license she told me she did not have one. I
asked her if she was suspended and she said that she just did not renew it.
Dispatch informed me that Jonnine was suspended. I asked Jonnine why she was
driving if she did not have  a license. She stated that she had just gotten her
stimulus check and wanted burritos so she drove from Ft Hall to Old town to get
```

*If I had anything to hide I would not tell them who I was*

```
07/13/20                    Bannock County Sheriff's Office                    4011
12:52                         Detail Incident Report             Page:           2
```

Incident #: 20-B2695

them.

Jonnine had her daughter and her 1 yr old grandson sitting unrestrained in the lap of her front passenger. All occupants were removed from the vehicle. A pipe with a small amount of marijuana was seen in plain view when the passenger got out of the vehicle. An open air sniff was conducted by Deputy Anthony's K9, Memphis. Memphis indicated on a bag that was sitting in the vehicle. Deputy Anthony asked Jonnine what items belonged to her in the vehicle. Jonnine stated that the bag was hers. A loaded syringe, an empty syringe and a scale were found in the bag. The scale had white residue that appeared to be Methamphetamine. It was NIK tested and was positive for suspected Methamphetamine. The scale will be sent to the state lab for testing.

Jonnine was taken into custody at this time. Jonnie was argumentative and tried to tell us that the bag was not hers. There was dog food in the bag. Jonnine had a dog in the car that she was very worried about when she was taken into custody. Jonnine also stated that only certain items in the bag were hers like the dog food and underwear, but not the methamphetamine. Deputy Anthony asked Jonnie if she would be willing to take a urine test when she arrived at the jail. Jonnine said she would do so. When we arrived at the jail Jonnine was taken into custody by the detetnion staff. When it came time to take the test Deputy Bosh took her into the bathroom. Jonnine said that she could not pee. When deputy Bosh turned away Jonnie then said she went pee. When Deputy Bosh turned around Jonnine had pee'ed into her drinking cup instead of the urine test. However It appeared to be perfectly clear toilet water so we did not bother testing the water. Jonnine then stated that she had gone and couldn't go anymore.

Jonnine was charged with Felony Possession of methamphetamine under Idaho Code 37-2732(c)(1) and Misdemeanor Driving without privileges under Idaho Code 20-B2695. She was also cited for several infractions.



| | | |
|---|---|---|
| **BANNOCK COUNTY**<br>**PUBLIC DEFENDERS**<br>130 N. 6<sup>TH</sup><br>P.O. BOX 4147<br>POCATELLO, IDAHO 83201<br>(208) 236-7040 office<br>(208) 236-7048 fax | **PUBLIC**<br>**DEFENDER** | **DAVID R. MARTINEZ**<br>**CHIEF PUBLIC DEFENDER**<br><br>**J. SCOTT ANDREW**<br>**CHIEF DEPUTY PUBLIC**<br>**DEFENDER** |

August 13, 2020


Jonnine Lisa Sittre
Bannock County Jail
P.O. Box 4666
Pocatello, Idaho  83205

<div align="center">

Re:  <u>State of Idaho v. Jonnine Lisa Sittre</u>
CR03-20-7024

</div>

Dear Jonnine:

     Enclosed please find a copy of the Response to Request for Discovery Motion filed by the State.

     If you have any questions, please feel free to contact my office.


Sincerely,

*MAILED IN ABSENCE*
*TO AVOID DELAY*

Kent V. Reynolds
Assistant Chief Deputy Public Defender


KVR:cb



| BANNOCK COUNTY PUBLIC DEFENDERS 130 N. 6TH AVE P.O. BOX 4147 POCATELLO, ID 83205-4147 (208) 236-7040 office (208) 236-7048 fax | | DAVID R. MARTINEZ CHIEF PUBLIC DEFENDER J. SCOTT ANDREW CHIEF DEPUTY PUBLIC DEFENDER |

December 28, 2020

Bannock County Jail
ATTN: Jonnine Sittre
5800 South 5th Ave
Pocatello, ID 83204

LEGAL MAIL

    Re:    Bannock County Case No. CR03-20-7024 & CR-2014-15695

Dear Jonnine,

    I received your letter dated 12/22/2020. I am reviewing the issues you identified. I am still working on the transcription of the videos. I will follow up with your discovery requests. As indicated in the prior letter, I am preparing for trial. But I note that in one of your last letters you talked about a plea agreement. Please confirm if that is an option you want to pursue. The plea agreement will need to address the new case and the probation violations. You also need to understand that what you do with your case in Bannock County may have an impact on your case in Bingham County.

    In your last letter you mentioned you did not have transcripts from the various Preliminary Hearing proceedings. Generally, those are not transcribed. I will request audio recordings of the hearings.

    If you have any further questions, please don't hesitate to contact my office.

                      Sincerely,

                      *Mailed in absence to avoid delay*

                      Kent V. Reynolds
                      Assistant Chief Deputy Public Defender

*[Handwritten annotations: "Not once discussed about wood contempt once here" and "No Plea Discussed! Will not Plead Guilty any deal NOT GUILTY"]*



**BANNOCK COUNTY
PUBLIC DEFENDERS**
130 N. 6TH
P.O. BOX 4147
POCATELLO, IDAHO 83201
(208) 236-7040 office
(208) 236-7048 fax

**DAVID R. MARTINEZ
CHIEF PUBLIC DEFENDER**

**J. SCOTT ANDREW
CHIEF DEPUTY PUBLIC
DEFENDER**

July 30, 2020

Jonnine Sittre
Bannock County Jail
P.O. Box 4666
Pocatello, Idaho  83205

*No Warrant to UA*

<u>St. v. Jonnine Lisa Sittre</u>
CR03-20-7024

Dear Jonnine:

I have reviewed your letter dated 7/27/20.  The new possession charge is unrelated to any probation violation currently pending.  I anticipate a new probation violation will be filed, alleging the new possession charge.  I have no knowledge as to what happened in Fort Hall.  It has little bearing on the new possession charge.  I understand your Blackfoot case is set for trial in either August or September.  I have been in contact with Ms. Rosier.

*NOT GUILTY*

We need to decide if you are going to waive the Preliminary Hearing set for August 4, 2020 or contest the hearing.  I have reviewed the police report.  There is a valid traffic stop; valid arrest; valid search of the vehicle which led to the discovery of the suspected meth.  I do not see a basis for contesting the preliminary hearing but that is your decision.

*DO NOT WISH TO WAIVE*

*DISMISSED DWP*

Please advise.

*Was not under arrest until cop started searching; after I said*

Enclosed is the Discovery Request we filed and a copy of the Affidavit of Probable Cause.

If you have any further questions, please feel free to contact my office.

*DID NOT EVEN SPEAK TO ME YET!*

Feb. 25, 2021

IDAHO STATE BAR
c/o Kathy Funk

RECEIVED
MAR 0 8 2021
IDAHO STATE BAR

RE: STATE V. SITTRE
ISB File No. 20-227C

Ms. Funk;
                    Hello, I hope all is well,
I received your letter dated 2-17-21, I am
enclosing More information on my case, I am
Still Incarcerated Since 2-18-21, I had a
few of my motion's filed, heard, and I have
been assigned an Public Defender named Jer-
emy Brown, at first it was suppose to be Jay
Fuson, and I thought it would be someone out
of Bannock County, for conflict issue's.
        The first thing Mr, Brown told me was that
he was/is helping the Ish's in getting their per-
capitas back a Tribal decision, but that he
had used my name, and I said, it was okay,
I would accept his representation, I wanted
to go to court.
        However, I am kind of wondering about
his representation because he stated that
he did not want any loose ends, and asked me
where the car is?, The cops never impounded
it, just left it on the road, I dont care
I said, I donot know, I have been in
Jail, ask the cops, so this was on the
3 or 4, the first conversation I had w/
Mr, Brown. He then wrote me a letter

stating why I didnot call him, so I just wasnt being informed to by the Deputies, on around the 12th or 11th of Feb. he visited me at the jail, and told me I was aggressive, argumentative, and requested me to tell him what color the marijuana pipe is, that the cops left in the car, in which the cop said, gave him reasonable cause to search.

So now Mr. Reynolds has all the Motions filed and on Calender for the 18th. And I am told by Mr. Brown, what was Reynolds reasoning, grounds, for the Motions, how do I know, he didnot speak to me, I just knew they were filed, and finally going to be heard, so Mr. Brown did not tell me anything about them either, only told me about myself, and questioned about the alleged pipe, told me he wasnt going to argue over the disqualification I filed on Judge Naftz and Prosecutor Price. These Motions were heard on the 18th and Denied, My Motion to Dismiss Bind over, Denied, Motion to Dismiss, or in the Alternative Motion to compel, granted, but gave Price another continuace to get Discovery that was requested and she failed to disclose, I have not received any of the evidence and Mr. Brown didnot argue anything on any of my motions.

Naftz refuse's to drop No bond hold, and I do have bond 5,000.00 I have a P.V., but I have been violated

from a P.V. Since 2019. Now I trying to
get my furlough to get medical treatment
because I am in remission and need some
examinations, tests, done.

My Suppression hearing is coming up,
but I am worried, the courts continue
to show favortism to the prosecutor, and I
am given defenders who have no interest in rep-
resenting me, because I wont or will not plead
guilty, and all of the misconduct and de-
ceit the prosecutor has already shown is a-
llowed to just keep doing it, my pre-lim was
continued 6 times to allow her to get pre-
pared, I have received any of the dis-
covery requested by Reynolds, Brown didnt
argue anything on my behalf, the prose-
cutor from the beginning knew of the other
occupants in the car, and didnt want the
courts to know, it was not in the original
statements by Officer Bannister, or K-9
Anthony, so at the pre-lim, the courts
made them state the other occupants,
but then Reynolds didnt argue about the
man in the back could of put scales in the
bag, I was driving, alleged scale's I have
NOT SEEN them, there was residue? on
them, allegedly, NO DRUGS, I am charged
with possession of Meth, there is NO DRUGS,
nothing, I had nothing on me, NOT My car,
I was not under arrest, then to top it
off Price allowed her witnesses to lie
under oath, by stating they DID NOT have
body cams, Cpl. Bannister, and he testi-

fied he was not assigned one, and that no one was allowed to take anything out of the car, and 2 occupants were allowed to, I was not under arrest, I didn't touch anything in the car. I seen that video, it is cut, and I have got the body cam, streaming that is off I have, and on 1/m transcripts. This is like freaking me out, this prosecutor is known to be dirty, Reynolds sabotaged my case deliberately, both are malicious and are prejudice against me. And Mr. Brown has the same attitude towards me.

Reynolds told me how he and Price had a falling out, I don't care, this whole case has been conspired against me, I am not that important, this case was not even filed to begin with, I was UA'ed when I was brought to jail and the cop Anthony threw it away, I did write Dave Martinez about my issue w/ ineffectiveness of counsel, Mr. Brown, even of Reynolds (No response), Conflict of interest, In the Bannock Public Defenders Office, I DO NOT feel anyone will represent my to the best of their ability's Why? Please help me, I need Justice and to prove my Innocence. Why won't anyone help me?

Respectfully

Ferrine Simms



**Office of Bar Counsel**
525 West Jefferson • P. O. Box 895 • Boise, Idaho 83701
(208) 334-4500 • Fax: (208) 334-2764
www.isb.idaho.gov

February 17, 2021

PERSONAL AND CONFIDENTIAL

Jonnine Sittre
c/o Bannock County Jail
P0061775, CF-15
Pocatello, ID 83205

RE:   Grievance against Kent Von Reynolds
      ISB File No. 20-227C

Dear Mr. Sittre:

This acknowledges Bar Counsel's receipt of the additional information you submitted to be added to the above matter, which I have scanned into our paperless system and am therefore returning your letter to you.

As to the status of your matter, it is currently pending but has not yet been assigned to investigation.

Thank you.

Very truly yours,

Kathy Funk
Administrative Assistant to Bar Counsel
Enclosures

Feb. 1, 2021

IDAHO STATE BAR
c/o Kathy Funk

RECEIVED

FEB 0 8 2021

IDAHO STATE BAR

RE: STATE V. SITME

Ms. Funk; I hope all is well,
I am still here in Bannock Jail, I
am very very worried about my legal
representation, I have had horrible
experience and ineffective assistance
with Bannock Public Defenders Office,
not only have I not been to court on
any of my motions filed throughout
2020, now Mr. Reynolds has re-
assigned my case, It has been
4 months, and 9+ motions, I am
not sure why this came about.
I did not hear back from the
ISB, since my last letter in Oct,
2020, may I please have the ISB
Lawyer Referral Service, when I
asked for substitution of counsel
Mr. Reynolds did not withdraw, h

spoke to me and we decided to get along, now he gets to reassign me, does this mean I get a lawyer that is not in the Bannock Officer? No one talks to me or has ever bothered helping me to get out of Jail, now I had covid because of the staff Jail personnel, intentionally moving an infected individual w/me, and Mr. Reynolds gets 9 motions, because I go to court on the 18th hopefully, now I'm in remission of colorectal Cancer, and noone has ever got me released to get medical treatment, all of these requests have been disregarded, ignored, for 4 mos. Now we have (I) have to pray something happens on the 18th?? Why all this hardship on me? It is like a game to these people.

Respectfully

Tonnine Stines



| | |
|---|---|
| **BANNOCK COUNTY PUBLIC DEFENDERS** 130 N. 6TH AVE P.O. BOX 4147 POCATELLO, ID 83205-4147 (208) 236-7040 office (208) 236-7048 fax | **DAVID R. MARTINEZ CHIEF PUBLIC DEFENDER** **J. SCOTT ANDREW CHIEF DEPUTY PUBLIC DEFENDER** |

January 20, 2021

Bannock County Jail
ATTN: Jonnine Sittre
5800 South 5th Ave
Pocatello, ID 83204

LEGAL MAIL

    Re:    Bannock County Case No. CR03-20-7024 & CR-2014-15695

Dear Jonnine,

    In response to your letter dated 1/18/2021, the court has set the various pending motions for hearing on February 18, 2021 at 9:00am. This however is subject to a change in case assignments. You and your cases will be assigned to a new attorney effective February 1, 2021. Your new attorney will need to review the file and decide if they can be ready to present and argue the several pending motions set for that date.

    If you have any further questions, please don't hesitate to contact my office.

                      Sincerely,

                      *Mailed in absence to avoid delay*

                      Kent V. Reynolds
                      Assistant Chief Deputy Public Defender

*like Sarcasm what a coward move* [handwritten]

**BANNOCK COUNTY**
**PUBLIC DEFENDERS**
**130 N. 6TH AVE**
**P.O. BOX 4147**
**POCATELLO, ID 83205-4147**
**(208) 236-7040 office**
**(208) 236-7048 fax**



**PUBLIC**
**DEFENDER**

**DAVID R. MARTINEZ**
**CHIEF PUBLIC DEFENDER**

**J. SCOTT ANDREW**
**CHIEF DEPUTY PUBLIC**
**DEFENDER**

November 23, 2020

Bannock County Jail
ATTN: Jonnine L. Sittre
5800 South 5th Ave
Pocatello, ID 83204

LEGAL MAIL

    Re:    Bannock County Case No. CR03-20-7024

Dear Jonnine,

    On November 19, 2020, we reviewed the issues outlined in your recent letter dated November 15, 2020 regarding a request for new counsel. Following our discussion and review of the possession case and the evidence obtained and working on, you indicated the issues had been resolved and that you would continue with me as your attorney. The Motion to Suppress and Motion to Dismiss Bind Over have been filed. I will follow up on the Preliminary Hearing Transcript and when I receive a copy; I will send one to you. I will look into the release issues we discussed. Your Motion to Disqualify has also been filed. I hope the court will allow us to argue the motions. I understand your frustration which has been caused by the Covid-19 pandemic. I will continue to work on trying to get you released in your cases.

    If you have any further questions, please don't hesitate to contact our office.

                    Sincerely,

                    *Mailed in absence to avoid delay*

                    Kent V. Reynolds
                    Assistant Chief Deputy Public Defender



**IDAHO STATE BAR**

**Office of Bar Counsel**

525 West Jefferson • P. O. Box 895 • Boise, Idaho 83701
(208) 334-4500 • Fax: (208) 334-2764
www.idaho.gov/isb

September 15, 2020

PERSONAL AND CONFIDENTIAL

Jonnine Sittre
c/o Bannock County Jail
P0061775, CF-4
P.O. Box 4666
Pocatello, ID 83205

RE:     **Grievance against Kent Reynolds**
        **ISB File No. 20-227C**

Dear Ms. Sittre:

This acknowledges receipt of your grievance to the Idaho State Bar. Your original documents have been scanned into our paperless filing system, and we are therefore returning them to you with this letter. An electronic copy of the file will be maintained by the Idaho State Bar consistent with Idaho Bar Commission Rule 552.

Our office's jurisdiction is limited to determining whether professional conduct violates the Idaho Rules of Professional Conduct. Our office evaluates whether professional conduct violates those rules, and if so, the appropriate disciplinary sanction. Please be aware, the time necessary to evaluate the information provided and investigate it varies depending on the complexity of the case pending in our office. Our office will provide you with a written disposition of your grievance after we complete our review and evaluation.

Given the limited jurisdiction, while we are evaluating your grievance, any legal remedies you may have must be pursued by you through other available legal channels. **This office cannot and does not give legal advice. Do not wait for the outcome of the Idaho State Bar grievance process to pursue any potential private legal claims that you may have, because there may be time limitations on any such claims.** If you have any questions about such claims and are not currently represented, the Idaho State Bar Lawyer Referral Service may be able to assist you to locate an attorney. The phone number is (208) 334-4500.

If you have any questions regarding your grievance, please contact Bar Counsel's Office.

Very truly yours,

Kathy Funk
Administrative Assistant to Bar Counsel
Encls.

.8 - 5 - 20

RECEIVED

AUG 11 2020

IDAHO STATE BAR

Idaho STATE Bar
545 W. Jefferson, St,

RE: Ineffective Assistance;
Bannock County; Prosecutoral
Misconduct; Court Misconduct

Dear ISB;

I hope all is well, I am an in-
mate here at the Bannock County Jail.
I have been charged with a posse-
ssion of Controlled Substance. On July
11th, however, this charge was not
filed against me, until July 17, and
Janice Price, Prosecutor for Bannock
County Pocatello, IDAHO, filed it. I was
not allowed to be charged and come to
Court, my Probation Officer Russ Waite,
had told me to check in, on 24th, in

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| STATE OF IDAHO<br>    Plaintiff,<br><br>v.<br><br>JONNINE LISA SITTRE<br>    Defendant. | Case No. CR03-20-06866<br><br>Notification of Rights (Misdemeanor) |

You have been charged with the misdemeanor criminal offense(s) of:

| Count | Statute | Charge Description |
|-------|---------|--------------------|
| 1 | I18-2407(2) | Theft-Petit |

It is very important that you read this notification of your rights and understand them fully before signing this document. If you have any questions concerning these rights, you may ask the judge when your case is called or consult an attorney.

Please initial each item which is fully understood; leave blank any items which you do not understand.

1. You have the absolute right to remain silent and the privilege against self-incrimination (the State cannot force you to testify against yourself). Any statement you make is a part of the record and may be used against you.

2. You have the right to represent yourself and present your case without the aid of an attorney.

3. You have the right to hire your own attorney to represent you in this matter. If you wish to be represented by an attorney but feel you cannot afford one, you may apply to the Court to appoint an attorney for you, but you may be required to repay the County for the attorney fees if you plead guilty or are found guilty.

4. Under the law, you are presumed innocent unless you plead "guilty" or are proven guilty at a court or jury trial.

5. You may plead "not guilty" or "guilty", or stand silent in which case a "not guilty" plea will be entered for you by the Court.

6. Should you plead "guilty" and admit to the charge(s) presented, you are waiving your rights and the Court will proceed in determining the appropriate sanction. The Court

which I asked him if he was going to a-
rrest me, he stated no', I checked in,
as instructed, in which is in Bingham,
Blackft, Id, I was on my way to check
in, I called Bannock County Public
Defenders Office, and asked if I had
a Warrant, and I was told 'NO', no War-
rant shown at that time. However I was
arrested', My Public Defender Kent Rey-
nolds didnot call me or inform me of a
Warrant being issued', I spoke to him
on the 13th, When I was released after
being put in jail from 7-11, 12, 13, because
I have been violated from Probation
since Aug 2019, and I check in regularly
w/ his office. My Probation is out of Bannock
I had to transfer to Bingham because I
am a resident of Fort Hall, ID., and a
Tribal Member. I am bonded on these
Probation Violation's since Dec. 21, 19.
I guess Bannock is waiting for Adjudi-
cation of a charge from Bingham on
Sept. 12, 19, when I was arrested
for Probation violations.

Please choose only one of the following options to indicate how you wish to be represented in this matter:

☐ Yes ☑ No    I wish to retain/hire my own attorney.

☑ Yes ☐ No    I wish to apply for a court appointed attorney to represent me.

☐ Yes ☐ No    I wish to be given a continuance:

             ☐ to decide how I would like to be represented.

             ☐ to discuss my plea with an attorney.

☐ Yes ☑ No    I wish to waive my right to be represented by an attorney. I will represent myself.

If you are on probation or parole a plea of guilty could serve as a basis for violating your probation or parole.

A plea of guilty or a conviction may impact your right to own or possess firearms. A plea of guilty or a conviction of certain charges may result in the loss of your driving privileges.

If you are not a citizen of the United States, and if you plead guilty or are found guilty you could be removed from the country, excluded from entering this country, and denied the opportunity to obtain legal status or become a naturalized citizen. You have the right to request additional time to consult with an Immigration Attorney before you enter your plea.

**By signing this document, I acknowledge that I have read and fully understand my rights as indicated above.**

7/24/2020
Dated

_____
Signature of Defendant

_____
Typed/Printed Name

Okay, my complaint is this, I was arraigned on July 24, for this possession, and given pre-lim for 8-4; in the mean-time Mr. Reynolds writes me a letter to tell me to waive my pre-lim, I wrote him back and told him my side of the story; and I would not be waiving it, and I did not get my hearing.

I have not seen nor spoken to my representation Mr. Reynolds at all, only by letters, and I have only received 1 letter from him on the 30th. Now, on 8-3 I was called to Booking to be finger printed because my 2014 case 'DUI' was being re-opened and I am on 'NO BOND', I have yet to be arraigned, nor has my attorney been in contact w/ me. I did contact Prosecutors office here at the jail, and I wrote to Mr. Reynolds, no response. I believe I am just being denied my right to any and all discovery, and I am being retaliated against, I am mentally exhausted! Thank you

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| STATE OF IDAHO<br>    Plaintiff,<br><br>v.<br><br>JONNINE LISA SITTRE<br>    Defendant. | Case No. CR03-20-07024<br><br>Notification of Rights (Felony) |

You have been charged with the felony criminal offense(s) of:

| Count | Statute | Charge Description |
|---|---|---|
| 1 | I37-2732(c)(1) {F} | Controlled Substance-Possession of |

It is very important that you read this notification of your rights and understand them fully before signing this document. If you have any questions concerning these rights, you may ask the judge when your case is called or consult an attorney.

Please initial each item which is fully understood; Leave blank any items which you do not understand.

1. You have the absolute right to remain silent and the privilege against self-incrimination (the state cannot force you to testify against yourself). Any statement you make is a part of the record and may be used against you.

2. You have the right to represent yourself and present your case without the aid of an attorney.

3. You have the right to hire your own attorney to represent you in this matter. If you wish to be represented by an attorney but feel you cannot afford one, you may apply to the Court to appoint an attorney for you, but you may be required to repay the County for the attorney fees.

4. Under the law, you are presumed innocent unless you plead "guilty" or are proven as such.

5. The charge(s) pending before the Court are felony matters. If you are charged by a criminal complaint, they must be set for a preliminary hearing within fourteen (14) days if you are in custody or twenty-one (21) days if you are not in custody, unless you waive the time period.

James S. Tree
Pod 775 of 2
Po Box 9666
Poc., ID
83205

MAILED FROM BANNOCK COUNTY JAIL

SCANNED

U.S. MARSHAL
District of Idaho
JUN 0 2 2021

U.S. Federal Court Building
c/o Clerk of the court
James A. McClure
550 W. FoeT St.
Boise, ID. 83724